USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/30/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
GUSTAVO CLEMENTE and CELSO ASQUE,                            :
                                                             :
                              Plaintiffs,                    :     **ORDER**
                                                             :
              -v-                                            :     19-CV-9426 (JLC)
                                                             :
S&W SUPERMARKET, INC. *et al.*,                              :
                                                             :
                              Defendants.                    :
-------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

By Order dated June 15, 2020 (Dkt. No. 31), the Court approved the parties' joint fairness letter and settlement agreement, and directed the parties to submit a fully-executed stipulation and order dismissing this case with prejudice by June 29.  Since then, the plaintiff filed a stipulation and order of dismissal that was signed only by plaintiff's counsel (Dkt. No. 32).  To date, and despite the Clerk advising counsel of the deficiency in this filing, the parties have not yet filed a fully-executed version.  Accordingly, the parties are hereby directed to file their fully-executed stipulation no later than **July 6, 2020**.  In the event the parties fail to do so, the Court will simply direct the Clerk to close this case at that time.

        **SO ORDERED.**

Dated:  June 30, 2020
        New York, New York

_____
JAMES L. COTT
United States Magistrate Judge